JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/29/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SEARS HOLDINGS MANAGEMENT CORPORATION,
                      Plaintiff,

    v.

JIU ZHOU GROUP (HK) HOLDINGS LIMITED; M. BROTHERS, INC.
                      Defendants.

Case No. 2:14-cv-06035 MWF (FFMx)

**ORDER OF DISMISSAL**

///
///
///
///
///
///

**ORDER OF DISMISSAL**

ORDER OF DISMISSAL

The foregoing Stipulated Settlement having been duly considered by the Court, and good cause showing therefrom,

IT IS ORDERED THAT each and every term of the foregoing Stipulated Settlement be and hereby is incorporated into this Order of Dismissal such that violation of any term constitutes violation of this Order of Dismissal.

IT IS FURTHER ORDERED that the Court retain jurisdiction post-dismissal to enforce any of those terms and this Order.

IT IS FURTHER ORDERED that this case is and hereby is dismissed with the post-dismissal reservation of jurisdiction to enforce the terms of this Stipulated Settlement and Order of Dismissal.

IT IS SO ORDERED.

DATED:   April 29, 2015

THE HONORABLE MICHAEL W. FITGERALD
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL